CITY OF NEW YORK, Respondent, *v.* CHARLES STEEN, INC., Appellant.

SAME, Respondent, *v.* SAME, Appellant.

*Weights and measures — New York city — penalties properly imposed for attempting to collect more than correct price of article even though scales were correct.*

*City of New York* v. *Steen, Inc.* (2 cases), 195 App. Div. 898, affirmed.

(Argued March 22, 1922; decided April 18, 1922.)

APPEAL in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1921, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff. Both actions were to recover penalties for alleged violations of sections 13 and 22 of article 2 of chapter 26 of the Code of Ordinances of the city of New York. In both cases it appeared that while the scales were correct the salesman had attempted to collect more than the correct price of the article at the given price per pound. Appellant contended that the ordinance in question was not intended to and does not impose any penalty, except where the scales are incorrect.

*Louis J. Altkrug* for appellant.

*John P. O'Brien,* Corporation Counsel (*John F. O'Brien, William A. Walling* and *Martin H. Murphy* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.